

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Annette Bush,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Summa Health System, et al.,** )<br>)<br>**Defendants.** ) | **CASE NO. 5:09CV1876**<br><br><br><br>**DISMISSAL ENTRY** |

The Court conducted a case management conference on November 10, 2009, followed by telephonic settlement discussions with counsels on February 11 and 19th, 2010.  A settlement conference with parties was held on April 7, 2010, and the Court requested the parties to continue to talk.  The Court has now been advised that this case has settled.  Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

_____
**Dan Aaron Polster**
**United States District Judge**